**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>POTTSVILLE OPERATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 24-70418-JAD<br><br>Chapter 11<br><br>(Jointly Administered) |
| Pottsville Liquidating Trust, on behalf of the Debtors,<br><br>Plaintiff,<br><br>-vs-<br><br>Arcadia Financial and Personnel Services LLC (d/b/a Arcadia Talent Partners),<br><br>Defendant. | Adv. Pro. No: 26-07013-JAD |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following items were served upon the individuals named on **Exhibit A** by placing the same in U.S. first class mail, postage prepaid on October 20, 2026:

1. Complaint
2. Summons in an Adversary Proceeding
3. First Pretrial Order (Bankruptcy Rule 7016)

[*the remainder of this page is intentionally left blank*]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively the "Debtors", and the Debtors' chapter 11 cases are collectively referred to as the "Chapter 11 Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

Dated: October 23, 2026

*/s/ Kyle D. Smith*
Andrew C. Helman (admitted *pro hac vice*)
Kyle D. Smith *(admitted pro hac vice)*
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME 04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com
Email: kyle.d.smith@dentons.com

Thomas D. Maxson (Pa. ID 63207)
Dentons Cohen & Grigsby, P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com

*Counsel for the Pottsville Liquidating Trust*

**EXHIBIT A**

Arcadia Financial and Personnel Services LLC (d/b/a Arcadia Talent Partners)
c/o Incorp Services Inc., Registered Agent
901 S. 2nd Street, Suite 201
Springfield, IL 62704-7909